# Court of Appeals
# of the State of Georgia

ATLANTA,    July 01, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1971. ENRICIUS M. EVERETEZE v. CHARLOTTE BLOWE.**

A trial court found Enricius M. Evereteze in contempt for failing to pay $19,509.57 in child support. Evereteze filed this direct appeal. We, however, lack jurisdiction. Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Smoak v. Department of Human Resources*, 221 Ga. App. 257 (471 SE2d 60) (1996). Appeals in such matters must be taken by application for discretionary appeal. See *Smoak*, supra. Evereteze's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*    07/01/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*